## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE MACDONALD, et al., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-1705 |
| | : | |
| UNISYS CORPORATION, | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this _12th___ day of ____June____, 2013, it is **ORDERED** that Defendant's Motion to Dismiss and Compel Arbitration (ECF No. 19) is **DENIED** as follows:

- Defendant's Motion to Dismiss and Compel Arbitration of Count I is **DENIED with prejudice**;

- Defendant's Motion to Dismiss and Compel Arbitration of Count II is **DENIED without prejudice** to Defendant to renew the motion to compel arbitration of Count II under a summary judgment standard after relevant discovery has occurred.

                                                    s/Anita B. Brody

                                        _____

                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: